No. 12–5704.  GREENO v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 12–5707.  CARPENTER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 12–5709.  COX v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–5712.  SMOLSKY v. KERESTES, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 12–5714.  POWELL v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–5722.  JOHNSON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 12–5723.  MARTINEZ v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 12–5726.  RYAN v. SCISM, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 12–5727.  BISHOP-OYEDEPO v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 12–5732.  PIERCE v. NORTH CAROLINA.  Ct. App. N. C. Certiorari denied.

No. 12–5736.  JOHNSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–5742.  TAYLOR v. HOLDER, ATTORNEY GENERAL, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 12–5744.  WILLIAMS v. JACQUEZ, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–5745.  COWAN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 12–5746.  DAMAYO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.